In the Matter of JOELLE SAVAS, Respondent, v DANIEL JOSEPH BRUEN, Appellant.

Submitted November 14, 2016; decided November 21, 2016

Motion, insofar as it seeks leave to appeal from the May 2016 Appellate Division order reversing the June 2015 Supreme Court order and remitting to Supreme Court for a hearing, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.